CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 1 2 2017

JULIA C. DUDLEY, CLERK
BY: HMcDonagh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA                    Case No. 4:08-cr-00037-1

v.                                          MEMORANDUM OPINION

RONALD EDWARD WOOTEN,                       By:    Hon. Jackson L. Kiser
          Petitioner.                              Senior United States District Judge

Ronald Edward Wooten, a federal inmate proceeding pro se, filed a motion to reduce

sentence, citing United States v. Holloway, 68 F. Supp. 3d 310, 311 (E.D.N.Y. 2014), and 18

U.S.C. § 33582(c)(2). Because of Petitioner's citation to Holloway and the challenge to the

validity of his criminal judgment, I find it appropriate to treat the motion to reduce sentence

invoking Holloway as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C.

§ 2255.[1] See United States v. Winestock, 340 F.3d 200, 203 (4th Cir. 2003) (noting a court may

classify a pro se pleading per its contents and regardless of its caption).

Court records indicate that the court already dismissed (ECF No. 67) a prior § 2255

motion (ECF No. 60). Thus, this construed § 2255 motion is a second or subsequent motion

under 28 U.S.C. § 2255(h). See Whiteside v. United States, 775 F.3d 180, 183-84 (4th Cir.

2014) (en banc) (noting changes in case law do not constitute new facts); cf. United States v.

Hairston, 754 F.3d 258, 262 (4th Cir. 2014) (discussing the relevance of new facts).

I may consider a second or successive § 2255 motion only upon specific certification

from the United States Court of Appeals for the Fourth Circuit that a claim in the motion meets

certain criteria. See 28 U.S.C. § 2255(h). As Petitioner has not submitted any evidence of

having obtained that certification, I dismiss the construed § 2255 motion without prejudice as

successive. Based upon my finding that Petitioner has not made the requisite substantial

---

[1] I already addressed and denied the motion as arising from § 3582(c)(2) only. (ECF No. 70.)

showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c) and <u>Slack v.</u>

<u>McDaniel</u>, 529 U.S. 473, 484 (2000), a certificate of appealability is denied.

ENTER: This 12th day of December, 2017.

Senior United States District Judge